# UNITED STATES DISTRICT COURT

*For*

*The District of Rhode Island*

John F. Winston

(Enter the full name(s) of the Plaintiff(s) in this action)

CA 04 201T

RECEIVED
APR 26 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

vs.

Civil Action No. ________

Providence Police Department
Coogan Robert O., Sgt. Sweeney
Bianco Maria, Reiss Marie
Merandi Williams, Masterson Randell P

(Enter the full name(s) of the Defendant(s) in this action)

PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes: ________ No: X

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: ____________________

Defendants: ____________________

2. Court where action was filed(if federal, give the district; or if state, give the county):

_______________

3. Please give docket number(s): _______________

4. Name of Judge to whom case was assigned: _______________

_______________

5. Disposition of case(for example, was the case dismissed or appeal, or is it still pending)

_______________

6. Approximate date of filing lawsuit: _______________

7. Approximate date of disposition: _______________

II. PLACE OF PRESENT CONFINEMENT

A. Did you present the facts relating to this complaint to the Warden or any of the prison officials?

NO

B. If your answer was Yes:

1. What steps did you take? _______________

_______________

2. What was the result(s): _______________

_______________

C. If your answer is NO, explain why not: _______________

_______________

III. PARTIES

In item "A" below, place your name in the first blank. Do the same for for any additional parties, if any.

A. Name of Plaintiff: John F. Winston

_______________

In item "B" below, place the full name of the Defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, position and places of employment of any additional Defendants.

B. Defendant Robert O. Coogan is employed as Det. at Providence Police Dep.

C. Additional Defendants: Sweeney

Sgt. Providence Police Department

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

It was Det. Robert O. Coogan and Sgt. Sweeney's report that was taken from Jennies witch was lies to began with that caused me to be taken into custody on 4/15/03 by Ptlm Cameron and brought to the A.C.I and was not read no rights, I was not served by no one in the police Dep I never signed no questionary on the affidavid That was taken and they never brought me to court on the dates 4/22/03, 6/12/03, 6/24/03, 8/5/03, 9/23/03, I never seen no judge on these dates the whole report is made up.

V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

I would like to sue the people responsable for me being at the A.C.I each person I would like 45 grand from for my pain and suffering, I would the 45 grand from each person and I would like them put off the force.

VI. CERTIFICATION

I the undersigned, do hereby swear that the above stated facts are both true and correct, based upon my personal knowledge.

IDLT [signature] CEShackelton Jr 4/19/04
Notary Public
Exp. 9/8/05

[signature]
(Signature of Plaintiff)

(Additional Plaintiffs)

Maximum Security
PO Box 8273
Cranston, R.I. 02920
(Address for Plaintiff(s)