~~CA04-202~~
CA04-201

Objections 6/9/04

The Providence Police Dep. have me down as James Small D.O.B 12/12/66, I have my birthcet with my D.O.B. on it.

I did get into it with the defendant on 4/24/01 on School Street, but it was not over money it was because I wanted to end the relastionship. he said it at the trail.

The nurses at the E.R did not take no medical lab work of no kind on me, to say I did all of this to the defendant and the police dep. and the Attorney General is saying the same thing where is there prof.

The defendant also stayed with me until the morning of 4/24/01, if I was such a animal like the police report states why did the defendant stay with me, and if he wanted to live I left him alone many of times by his self.

When the defendant was making out the police report, I knew nothing of what was going on I had went to see him every day he was at the Bannister 3

RECEIVED
JUN 14 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

house and signed my name on the books, brought Cigs to him and any thing else he wanted, I think the nurses had something to do with all of this.

It was also on that same day of 5/3/01, I was suppose to had assalted Ronald Pino a Prov. Police Officer, but there is no hospital report to uphold the allegation of what is on the report.

Officer Maxwell responded to the Bannister House 135 Dodge Street, Prov. R.I the defendant stated that his intimate partner had severally beaten him, well the police never questioned the female he had been laying down with or the fact that the defendant told me he was not paying her no more money.

The people responsable for this is Maxwell & Ronald Pine and the Attoney General.

I have order my Travel Slip and as soon as, I get it I will take and run copies of what I have and mail it back to you on my case.

Dear Judge Torres,

The mail in the prison where I am goes out every four days, again the letter you mailed me was on June. 3, 2004. I did not get it until June. 9, 2004. I Do not want my case forgotten about here I have enclosed the objections that you order Sir, I am sorry if I upset you, I was not trying to do any of that Sir. please forgive me, I want these charges against me dismissed, because they where filed for the defendant trying to whole me in his cluches, I want to be free of the defendant.

Yours Truly

John H. Binston

Linda Dyieskek (Director) of Traveler's Aid had broke the confidentally forms, I signed with Traveler's Aid when I first started going down there for Counseleing with a man name Tom Mc Downer, they gave my photograph to Prov. Police and Idenfy what I was wearing on 5/3/01, and gave my birthcet to my lawyer from my file without my okay.

On the morning of 5/3/01 at 0715 hours I was observed sitting on a bench in Bater Place Park, I was arrested and charged with one count of a Felony Domestic Assualt.

And before my trail started in March the Attoney General Judy Davis had ordered all of the defendants records to charge me with his offens. They did not have it down I rod in the recus with him or I was in the E.R. with him.