**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JOHN F. WINSTON**

**v.** **C.A. No. 04 - 201 T**

**PROVIDENCE POLICE DEPARTMENT, ROBERT O. COOGAN, SGT. SWEENEY, MARIA BIANCO, MARIE REISS, MERANDI WILLIAMS, and RANDELL MATERSON**

**MEMORANDUM AND ORDER**

The *pro se* plaintiff, John F. Winston, is currently incarcerated at the Adult Correctional Institutions, Cranston, Rhode Island. Presently before the court is plaintiff's motion to proceed *in forma pauperis.*

In his Complaint, plaintiff contends that defendants Robert O. Coogan and Sgt. Sweeney, members of the Providence Police Department, wrote a report which contained lies and inaccuracies. See Complaint at 3. Plaintiff alleges that this report caused him to be taken into custody. Id. Plaintiff claims once he was detained at the Adult Correctional Institutions, he was not properly served, that he never signed an affidavit, and that he was not taken to Court as scheduled. Id. This is the substance of the complaint. As relief, plaintiff seeks monetary damages.

Title 28, U.S.C. § 1915, which governs proceedings *in forma pauperis*, provides in pertinent part:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of

4

serious physical injury. 28 U.S.C. § 1915(g).

Here, plaintiff has filed three lawsuits in this Court which have been dismissed for a failure to state a claim. See John F. Winston v. Ernest Trahan, C.A. No. 04-13 T (dismissed on June 3, 2004, for a failure to state a claim upon which relief can be granted); John Winston v. Todd K. Jennies, et al., C.A. No. 04-203 ML (dismissed on June 18, 2004 for a failure to state a claim upon which relief can be granted); and John Winston v. Linda Dziobeck, et al., C.A. No. 04-204 ML (dismissed on June 18, 2004 for a failure to state a claim upon which relief can be granted). Moreover, plaintiff fails to allege in the instant case that he is under imminent danger of serious physical injury.

Accordingly, the plaintiff's application to proceed *in forma pauperis* is **denied** pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

Jacob Hagopian
United States Magistrate Judge
June 22, 2004