**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JOHN WINSTON**

**v.** **C.A. No. 04 - 201 T**

**PROVIDENCE POLICE DEPARTMENT,** et al.

**ORDER**

On May 24, 2004, *pro se* plaintiff John Winston filed a 42 U.S.C. Section 1983 complaint together with a motion to proceed *in forma pauperis*. Plaintiff's motion to proceed *in forma pauperis* was denied on June 22, 2004 pursuant to 28 U.S.C. §1915(g).

To the date of this Order, plaintiff has not paid the initial filing fee of $150.00 Accordingly, it is hereby **ORDERED:**

**1. Plaintiff shall pay the initial filing fee within ten days. Failure to do so will result in dismissal of this action, without prejudice**.

**IT IS SO ORDERED.**

Jacob Hagopian
United States Magistrate Judge
July 26 , 2004

5