UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOHN WINSTON

v CA No. 04-201-T

PROVIDENCE POLICE DEPARTMENT, et al.

**ORDER**

This case is dismissed for failure to comply with an order of Magistrate Judge Hagopian dated July 26, 2004 (Document No. 5) directing the plaintiff to pay the initial filing fee of $150.00 within 10 days of the order.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 1/17/07